SCOTT H. HOWARD, CITY ATTORNEY
ANN M. MAURER, SR. ASSISTANT CITY ATTORNEY
613 East Broadway, Suite 220
Glendale, California 91206
Telephone: (818) 548-2080
FAX: (818) 547-3402
State Bar No. 179649

Attorneys for Defendants:
Officers Eric Webber and Andrew Jenks

FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2006 AUG 29 PM 3: 4
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

SCANNED

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA MASON, Plaintiff, vs. CITY OF GLENDALE; CHIEF OF POLICE RANDY G. ADAMS; OFFICER WEBBER #18430, each of whom is sued in his/her individual capacity and as a peace officer in the employ of the CITY OF GLENDALE; AND 10 UNKNOWN OTHER NAMED DEFENDANTS, Defendants. | Case No. CV-05-0748 PJW<br>**JUDGMENT ON THE VERDICT FOR DEFENDANTS**<br>[Magistrate Judge Patrick J. Walsh] |

This action having been tried before the Court sitting with a jury, Patrick J. Walsh, Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict, a copy of which is attached hereto,

///

///

///

///

///

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 1 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

51

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

IT IS ORDERED AND ADJUDGED that plaintiff Laura Mason take nothing and that the action be dismissed on the merits.

DATED: 8/30/06

Patrick J. Walsh

The Honorable Patrick J. Walsh

SCANNED

FILED
CLERK, U.S. DISTRICT COURT
AUG 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAURA MASON,

Plaintiff,

vs.

OFFICER ERIC WEBBER AND OFFICER ANDREW JENKS

Defendants.

Case No. CV05 0748 PJW

**SPECIAL VERDICT**

We, the jury in the above-entitled action, render the following findings of facts as to the issues submitted to us:

Question No. 1: Do you find by a preponderance of the evidence that the defendants violated the plaintiff's constitutional right not to be subjected to an arrest without probable cause?

///

///

Check "yes" or "no" as to each defendant:

| Defendant | Yes | No |
|---|---|---|
| Eric Webber | ____ | ✓ |
| Andrew Jenks | ____ | ✓ |

Go on to Question 2.

Question No. 2: Do you find by a preponderance of the evidence that the defendants violated the plaintiff's constitutional right not to be subjected to excessive or unreasonable force during an arrest?

Check "yes" or "no" as to each defendant:

| Defendant | Yes | No |
|---|---|---|
| Eric Webber | ____ | ✓ |
| Andrew Jenks | ____ | ✓ |

If you answered "No" as to all defendants in Question No. 1 and "No" as to all defendants in Question No. 2, do not answer any other questions; date, sign and return this verdict.

If you answered "Yes" to any defendant in Question No. 1 or Question No. 2, go on to the next question.

Question No. 3: With respect to the defendant(s) to whom you answered "yes" in Question No. 1 or 2, do you find by a preponderance of the evidence that the defendants' acts were the cause of the plaintiff's injuries?

Check "yes" or "no" as to each defendant:

| Defendant | Yes | No |
|---|---|---|
| Eric Webber | ____ | ____ |
| Andrew Jenks | ____ | ____ |

If you answered "No" as to all defendants, sign and return this verdict. If



SCANNED

SCANNED

you answered "Yes" as to one or more of the defendants, then answer the remaining question.

Question No. 4: What amount of damages if any do you award to plaintiff?

$_______________

Dated: 8/7/2006 ______________________ S. C. Hayes
Foreperson

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 613 East Broadway, Suite 220, Glendale, California 91206.

On August 28, 2006, I served the foregoing document described as **JUDGMENT ON THE VERDICT FOR DEFENDANTS** on THE INTERESTED PARTIES named below by enclosing a copy in a sealed envelope addressed as follows:

**PETER GOLDSTEIN, ESQ.**
**LAW OFFICES OF PETER GOLDSTEIN**
**1000 WILSHIRE BLVD., SUITE 1600**
**LOS ANGELES, CA 90017**

[ ] (BY MAIL) I deposited the envelope with the United States Postal Service with the postage fully prepaid.

[XX] (BY MAIL) I placed the envelope for collection and mailing on the date shown above, at this office, in Glendale, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY FACSIMILE) I caused such document to be delivered via facsimile to the offices of the addressee.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☒ (Federal) I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2006, at Glendale, California.

Sheila Redding